OPINION — AG — QUESTION: "DOES THE COUNTY ATTORNEY (DISTRICT ATTORNEY NOW) HAVE THE AUTHORITY AND IS IT HIS DUTY TO REPRESENT THE COUNTY SUPERINTENDENT OF SCHOOLS, WHEN SAID COUNTY SUPERINTENDENT OF SCHOOLS IS MADE A PARTY DEFENDANT TO AN ACTION TO SET ASIDE A COUNTY SCHOOL DISTRICT ANNEXATION ELECTION, WHERE IN SUCH ACTION THE COUNTY IS NOT A PARTY, NOR IS THE INTEREST OF THE COUNTY AFFECTED?" — NEGATIVE CITE: 19 O.S. 1961 183 [19-183], 70 O.S. 1963 Supp., 7-1 [70-7-1] (HUGH COLLUM)